| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jackson, Richard B. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF COLORADO | 3. Date of Report<br><br>07/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>US Courthouse<br>901 19th St<br>Denver CO 80294 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | PERA STATE OF COLORADO | $70,779.12 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -ASG GLOBAL ALTERNATIVES FUND | | None | | | Sold | 06/27/16 | J | A | |
| 3. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | | | | | |
| 4. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 5. -DREYFUS BASIC S AND P 500 | A | Dividend | L | T | | | | | |
| 6. -VANGUARD EXTENDED MKT VIPERS | A | Dividend | K | T | | | | | |
| 7. -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 8. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 9. -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | L | T | | | | | |
| 10. -BNY MELLON SMALL MID CAP FUND | | None | | | Sold | 06/27/16 | J | A | |
| 11. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 12. -DREYFUS FLOATING RATE INC | A | Dividend | J | T | | | | | |
| 13. -DREYFUS GLOBAL RETURN | A | Dividend | J | T | | | | | |
| 14. -DREYFUS DIVERSIFIED EMR MKTS | A | Dividend | K | T | | | | | |
| 15. -DREYFUS MIDCAP INDEX FUND | A | Dividend | K | T | Buy | 07/08/16 | K | | |
| 16. -ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -ADVANTAGE GLO DYNAMIC TOTAL RETURN FUND | | None | J | T | | | | | |
| 18. -US TREASURY NOTE 0.875% 1/31/17 | A | Interest | K | T | | | | | |
| 19. -US TREASURY NOTE 0.875% 1/15/18 | A | Interest | K | T | | | | | |
| 20. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 21. -FED HOME LN MTG CORP | A | Dividend | L | T | | | | | |
| 22. -FEDERAL HOME LNMTG CORP | A | Dividend | K | T | | | | | |
| 23. -FED HOME LOAN BANKS | B | Dividend | L | T | | | | | |
| 24. -US TREASURY NOTE 6/2016 | | None | | | Sold | 06/30/16 | L | A | |
| 25. -US TREASURY NOTE 12/16 | A | Interest | | | Sold | 12/30/16 | L | A | |
| 26. -US TREASURY NOTE 7/17 | A | Interest | L | T | | | | | |
| 27. -US TREASURY NOTE 2% 11/21 | A | Interest | L | T | | | | | |
| 28. -U.S.TREASURY NOTE 2.25% 4/30/21 | B | Interest | L | T | | | | | |
| 29. -U.S.TREASURY NOTE 2% 2/15/22 | A | Interest | L | T | | | | | |
| 30. -U.S.TREASURY NOTE 2/% 7/31/20 | A | Interest | L | T | | | | | |
| 31. -US TREASURY NOTE 2% 2/23 | A | Interest | K | T | | | | | |
| 32. -BERKSHIRE HATHAWAY INC 2/11/23 | A | Interest | K | T | | | | | |
| 33. -GEN ELECT CAP CPR 9/17 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. -INTEL CORP 12/15/22 | A | Interest | K | T | | | | | |
| 35. -AT & T INC 2/1/2018 | A | Interest | K | T | | | | | |
| 36. -AIM STIT TREASURY PORTFOLIO | A | Interest | L | T | | | | | |
| 37. -SPDR TRUST SERIES 1 | D | Dividend | M | T | | | | | |
| 38. -ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |
| 39. -SPDR DOW JONES INDUSTRIAL AVERAGE | D | Dividend | M | T | | | | | |
| 40. -ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | | | | | |
| 41. -RYDEX ASG MANAGED FUTURES STRATEGY FD | A | Dividend | K | T | | | | | |
| 42. -FED HOME LN MTG CORP | B | Dividend | M | T | | | | | |
| 43. -FED NAT MTG ASSN | B | Dividend | K | T | | | | | |
| 44. -BEAR STEARRNS CO 4.65% 7/2/18 | B | Interest | K | T | | | | | |
| 45. -DFA EMERGING CORE EQUITY | A | Dividend | L | T | | | | | |
| 46. -DREYFUS BASIC S AND P 500 STOCK INDEX | D | Dividend | N | T | Buy (add'l) | 07/12/16 | M | | |
| 47. -DREYFUS DIVERSIFIED INTL | A | Dividend | L | T | | | | | |
| 48. -DREYFUS HIGH YIELD 1 | B | Dividend | K | T | | | | | |
| 49. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | L | T | | | | | |
| 50. -DREYFUS SELECT MGER SCAP | A | Dividend | L | T | Buy (add'l) | 03/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -BNY MELLON INCOME STOCK FUND | C | Dividend | M | T | | | | | |
| 52. -BNY MELLON CORP BOND | B | Dividend | K | T | | | | | |
| 53. -BNY MELLON BOND FUND | B | Dividend | L | T | Buy | 08/09/16 | L | | |
| 54. -BNY MELLONINTL EQUITY INCOME FUND | A | Dividend | K | T | | | | | |
| 55. -ASG MANAGED FUTURES STRATEGY FD | A | Dividend | K | T | Buy (add'l) | 06/13/16 | K | | |
| 56. -JOHN DEERE CAPITAL CORP 2% 1/13/17X | B | Dividend | K | T | | | | | |
| 57. -ANHEUSER BUSCH 25000 .2.5% 7/15/22 | A | Dividend | K | T | | | | | |
| 58. -AMAZON | | None | | | Sold | 01/15/16 | J | D | |
| 59. -ABBOTT LABORATORIES | A | Dividend | | | Sold | 05/09/16 | J | A | |
| 60. -ABBVIE INC | | None | | | Sold | 01/15/16 | J | A | |
| 61. -ACTAVIS PLC/ALLERGAN | | None | | | Sold | 01/15/16 | J | B | |
| 62. -ACTIVISION BLIZZARD | | None | | | Sold | 01/15/16 | J | A | |
| 63. -AGILENT TECHN | A | Dividend | | | Sold | 06/09/16 | J | A | |
| 64. -ASG GLOBAL ALTERNATIVES FUND B | | None | J | T | | | | | |
| 65. -BIOGEN IDEC INC | | None | | | Sold | 01/15/16 | J | A | |
| 66. -INGERSOLL RAND PLC | | None | | | Sold | 01/15/16 | J | C | |
| 67. -INVESCO LTD | A | Dividend | | | Sold | 06/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -ADOBE SYSTEMS | A | Dividend | | | Sold | 07/12/16 | J | C | |
| 69. -AMERICAN TOWER | | None | | | Sold | 01/15/16 | J | A | |
| 70. -AT AND T INC | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 71. -AMGEN | | None | | | Sold | 01/15/16 | J | A | |
| 72. -ANACOR | | None | | | Sold | 06/01/16 | J | A | |
| 73. -ANALOG DEVICES INC | | None | | | Sold | 01/11/16 | J | A | |
| 74. -ANHEUSER BUSCH INBEV SPN | | None | | | Sold | 01/15/16 | J | A | |
| 75. -AVAGO TECH | | None | | | Sold | 01/15/16 | J | A | |
| 76. -APPLE INC | | None | | | Sold | 01/08/16 | K | B | |
| 77. -ACCENTURE | | None | | | Sold | 01/15/16 | J | B | |
| 78. -ASTRAZENECA PLC 9/18/2019 | A | Interest | K | T | | | | | |
| 79. -BLACKROCKK INC 3.5% 3/24 | A | Interest | K | T | Buy | 06/10/16 | K | | |
| 80. -BANK OF AMERICA CORP | | None | | | Sold | 01/15/16 | J | A | |
| 81. -BIOMARIN PHARMAC INC | | None | | | Sold | 01/15/16 | J | A | |
| 82. -BRISTOL MEYERS | | None | | | Sold | 01/15/16 | J | B | |
| 83. -CAPITAL 1 FINANCIAL | | None | | | Sold | 01/15/16 | J | A | |
| 84. -CARDINAL HEALTH | | None | | | Sold | 01/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | | | | | |
| 86. -CELANESE CORP SERIES | | None | | | Sold | 01/15/16 | J | B | |
| 87. -CELGENE CORP | | None | | | Sold | 01/15/16 | J | A | |
| 88. -CHEESECAKE FACTORY | A | Dividend | | | Sold | 04/25/16 | J | A | |
| 89. -CHEVRON CORP | A | Dividend | | | Sold | 05/06/16 | J | A | |
| 90. -COGNIZANT TECH SOLUTIONS | | None | | | Sold | 01/15/16 | J | A | |
| 91. -COMCAST CORP | | None | | | Sold | 01/15/16 | J | C | |
| 92. -CONSTELLATION BRANDS INC A | | None | | | Sold | 01/15/16 | J | A | |
| 93. -COSTCO | | None | | | Sold | 01/15/16 | J | A | |
| 94. -CVS CARMARK CORP | | None | | | Sold | 01/15/16 | J | A | |
| 95. -WALT DISNEY | | None | | | Sold | 01/15/16 | J | B | |
| 96. -DOW CHEMICAL | | None | | | Sold | 01/15/16 | J | A | |
| 97. -ELECTRONIC ARTS INC | | None | | | Sold | 01/15/16 | J | A | |
| 98. -EXELON CORP | A | Dividend | | | Sold | 03/22/16 | J | A | |
| 99. -EXXON MOBILCORP | | None | | | Sold | 01/15/16 | J | A | |
| 100. -FACEBOOK INC | | None | | | Sold | 01/15/16 | J | D | |
| 101. -HALLIBURTON CO | A | Dividend | | | Sold | 06/09/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -HARLEY DAVIDSON | | None | | | Sold | 01/12/16 | J | A | |
| 103. -HARTFORD FIN SVS GROUP | | None | | | Sold | 01/15/16 | J | A | |
| 104. -HERSHEY CO | | None | | | Sold | 01/13/16 | J | A | |
| 105. -HOME DEPOT INC | | None | | | Sold | 01/15/16 | J | C | |
| 106. -HONEYWELL INC | | None | | | Sold | 01/15/16 | J | C | |
| 107. -ILLINOIS TOOL WORKS | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 108. -INTERCONTINENTAL EXCHANGE GROUP | | None | | | Sold | 01/15/16 | J | C | |
| 109. -JOHNSON AND JOHNSON | | None | | | Sold | 01/25/16 | J | A | |
| 110. -MARATHON OIL CORP | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 111. -MERCK AND CO | | None | | | Sold | 01/15/16 | J | A | |
| 112. -MICROSOFT | A | Dividend | | | Sold | 06/09/16 | J | A | |
| 113. -MONSTER BEVERAGE | | None | | | Sold | 07/12/16 | J | C | |
| 114. -NIKE INC | | None | | | Sold | 01/15/16 | J | A | |
| 115. -NUCOR COPR | | None | | | Sold | 01/15/16 | J | A | |
| 116. PALO ALTO NETWORDS | | None | | | Sold | 01/15/16 | J | A | |
| 117. -PNC FINANCIAL SERVICES | | None | | | Sold | 01/15/16 | J | B | |
| 118. -PEPSICO INC | | None | | | Sold | 01/15/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -PEPSICO INC 3.125% 11/20 | A | Interest | K | T | | | | | |
| 120. -PFIZER INC | | None | | | Sold | 01/15/16 | J | B | |
| 121. -PHILIP MORRIS INTL | | None | | | Sold | 01/15/16 | J | B | |
| 122. -PHIILLIPS 66 | | None | | | Sold | 01/15/16 | J | A | |
| 123. -PIONEER NATURAL RESOURCES | | None | | | Sold | 01/15/16 | J | A | |
| 124. -PROCTER AND GAMBLE | | None | | | Sold | 01/15/16 | J | B | |
| 125. -SALESFORCE COM | | None | | | Sold | 01/15/16 | J | C | |
| 126. -SCHLUMBERGER LTD | | None | | | Sold | 01/15/16 | J | A | |
| 127. -SCHWAB CAHRLES CORP | | None | | | Sold | 01/15/16 | J | A | |
| 128. -SEMPRA ENERGY | | None | | | Sold | 01/11/16 | J | A | |
| 129. -SERVICENOW INC | | None | | | Sold | 03/22/16 | J | B | |
| 130. -3M CO | A | Dividend | | | Sold | 06/09/16 | J | A | |
| 131. -TIME WARNER | A | Dividend | | | Sold | 06/09/16 | J | A | |
| 132. -UNION PAC | | None | | | Sold | 01/15/16 | J | A | |
| 133. -UNITED TECHNOLOGIES | A | Dividend | | | Sold | 07/12/16 | J | B | |
| 134. -UNIVERSAL HEALTH SERVICES | | None | | | Sold | 01/15/16 | J | A | |
| 135. -VALERO ENERGY | A | Dividend | | | Sold | 06/09/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -VERIZON COMM | | None | | | Sold | 01/15/16 | J | A | |
| 137. -VERIZON COMM INCL 3.55 11/21 | A | Interest | K | T | | | | | |
| 138. -WELLS FARGO & CO 3/4/21 | A | Interest | L | T | Buy | 07/12/16 | L | | |
| 139. -VISA INC CLASS A | A | Dividend | | | Sold | 06/09/16 | J | A | |
| 140. -VOYA FINANCIAL INC | | None | | | Sold | 01/15/16 | J | A | |
| 141. -WELLS FARGO AND CO | | None | | | Sold | 01/15/16 | J | B | |
| 142. -YUMI BRANDS | A | Dividend | | | Sold | 06/09/16 | J | A | |
| 143. 401(k) #1 | | | | | | | | | |
| 144. -PERAdvantage Income Fund | B | Dividend | K | T | | | | | |
| 145. -PERAdvantage Fixed Income | B | Dividend | K | T | | | | | |
| 146. -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | | | | | |
| 147. -PERAdvantage Intl Stock Fd | B | Dividend | J | T | | | | | |
| 148. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 149. --ALAMEDA CNTYH CA TRANSPO AUTHO 3/1/205% | A | Interest | L | T | | | | | |
| 150. -ADVANTAGE DYN TOTAL REFTURN | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 151. -AMERICAN TOWER CORP | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 152. -CHEVRON CORP | B | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  -XIRIWNA DINnxiL FEOUP | A | Dividend | J | T | Buy | 04/07/16 | K | | |
| 154.  -EXXON MOBIL | C | Dividend | L | T | | | | | |
| 155.  -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 156.  -UNION PAC CORP | A | Dividend | K | T | | | | | |
| 157.  -UNITED TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 158.  -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 159.  -STARBUCKS CORP | C | Dividend | N | T | | | | | |
| 160.  -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 161.  -PEPSICO INC | A | Dividend | K | T | | | | | |
| 162.  -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 163.  -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 164.  -PFIZER INC | A | Dividend | J | T | | | | | |
| 165.  -INVESCO LTD | A | Dividend | J | T | | | | | |
| 166.  -JP MORGAN CHASE & CO | A | Dividend | | | Sold | 04/07/16 | K | C | |
| 167.  -WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 168.  -ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 169.  -APPLE INC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | K | T | | | | | |
| 171. -GOOGLE INC/ALPHABET | | None | J | T | | | | | |
| 172. -FLORHAM PARK NJ 8% 2/16 | | None | | | Sold | 02/01/16 | L | A | |
| 173. -SALESFORCE.COM INC | | None | J | T | | | | | |
| 174. -SEMPRA ENERGY | | None | | | Sold | 01/13/16 | J | D | |
| 175. -ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 176. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | M | T | | | | | |
| 177. -SNOWMASS VIG CO | B | Interest | L | T | | | | | |
| 178. -METRO WASTEWTR RECLAM DSTR CO | A | Interest | | | Sold | 04/01/16 | L | A | |
| 179. -EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 180. -BNY MELLON SMALL/MID CAP FUND | A | Dividend | | | Sold | 07/07/16 | K | A | |
| 181. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | | | | | |
| 182. -TUALATIN HILL OR 6.21 | B | Interest | L | T | | | | | |
| 183. -PROVO UTAH 4% 1/20 | B | Interest | L | T | | | | | |
| 184. -BEACHWOOD OHIO 12/19 | B | Interest | L | T | | | | | |
| 185. -VERIZON COMMUNCATIONS | A | Dividend | J | T | | | | | |
| 186. -AMAZON .COM INC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -INTERCONTINENTAL EXCHANGE | A | Dividend | K | T | | | | | |
| 188. -INTEL CORP | A | Dividend | J | T | Buy | 07/11/16 | J | | |
| 189. -ADOBE SYSTEMS INC | | None | J | T | | | | | |
| 190. -CELANESE CORP | A | Dividend | J | T | | | | | |
| 191. -CAPITAL FINANCIAL CORP | A | Dividend | | | Sold | 10/21/16 | J | A | |
| 192. -DOMINION RES INC | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 193. -DOUGLAS CNT CO SCH 5/25% 12/15/21 | A | Interest | L | T | Buy | 01/15/16 | L | | |
| 194. -DREYFUS MIDCAP INDEX FUND | A | Dividend | L | T | Buy | 10/19/16 | L | | |
| 195. -EL PASO CNTY CO SCH 5%9/15/24 | A | Interest | L | T | Buy | 02/29/16 | K | | |
| 196. -EXELON CORP | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 197. -MANSFIELD TX WTR SWR REVN 9/1/19 | A | Interest | L | T | | | | | |
| 198. -MICROSOFT CORP | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 199. -NXP SEMICONDUCTORS | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 200. -NUCOR CORP | A | Dividend | K | T | | | | | |
| 201. -PALO ALTO NETWORKS INC | | None | J | T | | | | | |
| 202. -PLATTE RIVER CO PWER 5% 6/1/24 | A | Interest | K | T | Buy | 04/26/16 | K | | |
| 203. -QUALCOMM INC | A | Dividend | J | T | Buy | 09/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. -TAIWAN SEMICONDUCTOR MFG | A | Dividend | J | T | Buy | 07/11/16 | J | | |
| 205. -VISA INC | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 206. -CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 207. -EAGLE GARFIELD 4.0% 12/22 | A | Interest | L | T | | | | | |
| 208. -FACEBOOK INC | | None | J | T | | | | | |
| 209. -ADVANTAGE GLOBAL | A | Dividend | K | T | | | | | |
| 210. -DENVER CITY & CTY CO SCH 12/19/2021 4% | B | Interest | L | T | | | | | |
| 211. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | K | T | | | | | |
| 212. -DREYFUS GLOBAL REAL RETURN FUND | A | Dividend | K | T | | | | | |
| 213. -DREYFUS INTL SMALL CAP FUND | A | Dividend | L | T | | | | | |
| 214. -ACTAVIS PLC/ALLERGAN | | None | L | T | | | | | |
| 215. -AVAGO TECH | A | Dividend | K | T | | | | | |
| 216. -ABBOTT LABS | A | Dividend | J | T | | | | | |
| 217. -HARTFORD FINANCIAL SERVICES | A | Dividend | K | T | | | | | |
| 218. -ASG GLOBAL ALTERNATIVE FUND | A | Dividend | | | Sold | 06/28/16 | K | A | |
| 219. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 220. IRA #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | | | | | |
| 222. -BNY MELLON SHORT TERM US GOVERNMENT SEC FUND | A | Dividend | J | T | | | | | |
| 223. -DREYFUS YIELD ENHANCEMENT STRATEGY FUND | A | Dividend | J | T | | | | | |
| 224. -ADVANTAGE GLO DYNAMIC TOTAL RETURN | | None | J | T | | | | | |
| 225. -BNY MELLON SMALL MID CAP FUND | | None | | | Sold | 07/08/16 | J | A | |
| 226. -DREYFUSDIVERSIFIED INTERNATIONAL FUND | A | Dividend | K | T | | | | | |
| 227. -DREYFUS BASIC S AND P 500 STOCK INDEX FD | B | Dividend | L | T | | | | | |
| 228. -DREYFUS INFLATION ADJUST SECURITY FUND | A | Dividend | J | T | | | | | |
| 229. -DREYFUS MIDCAP INDEX | A | Dividend | K | T | Buy | 07/08/16 | K | | |
| 230. -DREYFUS SELECT MANAGER SC | A | Dividend | J | T | Buy | 07/08/16 | J | | |
| 231. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | | | | | |
| 232. -ASG GLOBAL ALTERNATIVES | | None | J | T | | | | | |
| 233. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 234. -DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 235. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 236. -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |
| 237. -DIVERSIFIED REAL ASSET INCOME FIND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 239. -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 240. -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 241. -PLUM CREEK TIIMBER CO INC/ Weyerheuser CO | A | Dividend | J | T | | | | | |
| 242. -QWEST CORP PREFERRED 7/5% 9/15/16 | A | Interest | | | Sold | 09/02/16 | J | A | |
| 243. -WELLSFARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 244. -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 245. TRUST #1 | | | | | | | | | |
| 246. -SPDR S AND P 500 FD | A | Dividend | K | T | | | | | |
| 247. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 248. -VANGUARD EXTENDED MKT VIPERS INDX FD | | None | | | Sold | 03/21/16 | K | C | |
| 249. -BNYMELLON INCOME STOCK | A | Dividend | J | T | | | | | |
| 250. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | L | T | | | | | |
| 251. -BNY MELLON NAT S/T MIN BD FUND | A | Dividend | J | T | | | | | |
| 252. -BNY MELLON SMALL MID CAP FUND | | None | | | Sold | 09/26/16 | J | A | |
| 253. -BNY MELLON SMALL CAP MULTI STRATEGY | | None | J | T | | | | | |
| 254. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | J | T | | | | | |
| 256. -DREYFUS BNY MEL ALTERNATIVE DIVERSIFIER STRAT FUND | A | Dividend | J | T | | | | | |
| 257. -DREYFUS INTL SMALL CAP FUND | | None | J | T | | | | | |
| 258. -DFA EMERGING MARKETS CORE EQUITY | D | Dividend | J | T | | | | | |
| 259. TRUST #2 | | | | | | | | | |
| 260. -SPDR S&P500ETF(fnaSPDR TRust series 1) | B | Dividend | L | T | | | | | |
| 261. -SPDR DOW JONES INDUSTRIAL AV TRUST | A | Dividend | | | Sold | 04/15/16 | K | D | |
| 262. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 263. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | K | T | | | | | |
| 264. -BNY MELLONNATL MUNI MONEY MKT FD | A | Dividend | K | T | | | | | |
| 265. -BNY MELLON INCOME STOCK FUND | A | Dividend | J | T | | | | | |
| 266. -BNY SMALL CAP MULTI STRATEGY | A | Dividend | J | T | | | | | |
| 267. -BNY SMALL MID CAP FUND | | None | | | Sold | 07/08/16 | K | A | |
| 268. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 269. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | K | T | | | | | |
| 270. -DREYFUS BNY ALTERNATIVE DIVERSIFIED STRATEGIES FUND | A | Dividend | | | Sold | 07/08/16 | K | A | |
| 271. -DREYFUS DIVERSIFIED INTL | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. -DREYFUS DIVERSIFIED EMERG MKTS | A | Dividend | J | T | | | | | |
| 273. -DREYFUS INTL SMALL CAP | | None | J | T | | | | | |
| 274. -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 07/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544